**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KRISSTAL N. ARTICE,                  )
                                     )
        Plaintiff,                   )
                                     )
    vs.                              )        Case No. 4:20-cv-01759-MTS
                                     )
EPWORTH CHILDREN AND                 )
FAMILY SERVICES, *et al.*,           )
                                     )
        Defendants.                  )

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file.  In Plaintiff's *pro se* Complaint, she named Epworth Children and Family Services along with Little Village Child Development Center as Defendants.  The Clerk of the Court issued summonses to those two entities.  Docs. [5] & [6]; *see also* Doc. [4] at 5 (directing the Clerk to issue process upon the Complaint as to the two Defendants).  Defendant Epworth Children and Family Services, through counsel, has moved to dismiss the claims against it for lack of jurisdiction.  *See* Doc. [11].  Little Village Child Development Center has not yet answered the Complaint or otherwise responded.  Instead, an individual named Mario Edwards filed an Answer and identified himself as a *pro se* Defendant.  Doc. [9].  Plaintiff alleges in her Complaint that Edwards is the "owner" of Little Village Child Development Center, but she has not named Edwards as a Defendant.  Doc. [1].

Because Plaintiff did not name Edwards as a defendant, the Court will strike his Answer. Rather than Edwards, Defendant Little Village Child Development Center must answer or otherwise respond to the Complaint.  It must do so through counsel because a corporation or other business entity may not appear *pro se*. *United States v. Van Stelton*, 988 F.2d 70 (8th Cir. 1993); *Carr Enters., Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983); *Painters Dist.*

*Couns. No. 58 v. Platinum Enters., LLC*, 4:16-cv-1218-RLW, 2019 WL 3842577, at *1 (E.D. Mo. Aug. 15, 2019); *see also Bader v. Keefe Supply Co.*, 1:18-cv-115-RWS, 2018 WL 3391546, at *2 (E.D. Mo. July 12, 2018) (noting that "[o]nly a licensed attorney may represent another party in federal court"); E.D. Mo. L.R. 12.01(A) (providing that "only attorneys enrolled pursuant to the rules of this Court . . . may file pleadings, appear, or practice in this Court," though not prohibiting an "*individual* from appearing personally on his or her *own behalf*") (emphasis added).

Accordingly,

**IT IS HEREBY ORDERED** that non-party Mario Edwards's Answer, Doc. [9], is **STRICKEN**.

**IT IS FURTHER ORDERED** that Defendant Little Village Child Development Center must file an answer or otherwise respond to Plaintiff's Complaint, and must do so through counsel, within thirty (30) days of the date of this Order; however, if Defendant has trouble securing counsel and needs additional time, it may update the Court on its efforts to secure counsel and request additional time from the Court *pro se*.

Dated this 14th day of April, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE