## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KRISSTAL N. ARTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-01759-MTS |
| ) | |
| EPWORTH CHILDREN AND ) | |
| FAMILY SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. Defendant Epworth Children and Family Services filed a timely Motion to Dismiss, Doc. [11], on April 13, 2021. Plaintiff failed to file a response, and her time to do so has expired. *See* E.D. Mo. L.R. 4.01(B). As a *pro se* litigant, Plaintiff may be unfamiliar with the local rules and the Federal Rules of Civil Procedure, but *pro se* litigants still must abide by them. *In re Harris*, 277 F. App'x 645 (8th Cir. 2008) (noting "even pro se litigants must comply with court rules and directives") (citing *Soliman v. Johanns*, 412 F.3d 920, 921–22 (8th Cir. 2005)).

Because of Plaintiff's *pro se* status, however, the Court will provide her with another "opportunity to meet deadlines and conscientiously prosecute her case." *See Burrow v. Boeing Co.*, No. 4:09-cv-2073-TCM, 2010 WL 4272756, at *3 (E.D. Mo. Oct. 25, 2010). Failure to respond to Defendant's Motion to Dismiss or to comply with future deadlines may result in the Court dismissing this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Krisstal N. Artice shall respond to Defendant's Motion to Dismiss, Doc. [11], within ten (10) days of the date of this Order.

Dated this 10th day of May, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE