UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISSTAL N. ARTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-01759-MTS |
| ) | |
| EPWORTH CHILDREN AND ) | |
| FAMILY SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. After Plaintiff failed to respond to Defendant Epworth Children and Family Services' Motion to Dismiss, Doc. [11], the Court ordered her to file a response, Doc. [14]. In that Order, the Court cautioned Plaintiff that though she was a *pro se* litigant, she must abide by the Federal Rules of Civil Procedure and this District's Local Rules. *See In re Harris*, 277 F. App'x 645 (8th Cir. 2008) (noting "even pro se litigants must comply with court rules and directives") (citing *Soliman v. Johanns*, 412 F.3d 920, 921–22 (8th Cir. 2005)). The Court also informed Plaintiff that a failure to respond to Defendant's Motion to Dismiss or to comply with future deadlines may result in the Court dismissing this case. Doc. [14].

Plaintiff subsequently filed a "response," but it has at least two fundamental defects. First, instead of filing a response to Defendant Epworth Children and Family Services' Motion to Dismiss, Doc. [11], she filed a response "to Owner Mario Edwards of Little Village Child Development Center" (*i.e.*, the wrong document).[1] Doc. [17]. Regardless, Plaintiff failed to sign her filing." Fed. R. Civ. P. 11. As a result, the Court "must" strike it. *Id.* (requiring "[e]very

---

[1] The document to which Plaintiff responded, Doc. [9], needed no response because the Court struck it since it was filed by a non-party in the case. *See* Doc. [13].

pleading, written motion, and other paper" to be signed "by [the] party personally if the party is unrepresented").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's filing, Doc. [17], is **STRICKEN**.

**IT IS FURTHER ORDERED** that, pursuant to the Court's previous Order, Doc. [14], Plaintiff Krisstal N. Artice shall respond to Epworth Children and Family Services' Motion to Dismiss, Doc. [11], within ten (10) days of the date of this Order.  Failure to file a proper Response will result in dismissal of claims against Defendant Epworth Children and Family Services.

Dated this 20th day of May, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE