## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| KRISSTAL N. ARTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-01759-MTS |
| | ) | |
| EPWORTH CHILDREN AND | ) | |
| FAMILY SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on Defendant Epworth Children and Family Services ("Epworth")'s unopposed Motion to Dismiss, Doc. [11]. Plaintiff failed to respond to Epworth's Motion. The Court eventually ordered Plaintiff to do so. Doc. [14]. Plaintiff then filed something with the Court, but it did not address or even reference Epworth's Motion to Dismiss. Doc. [17]. The Court again ordered Plaintiff to respond to Epworth's Motion, this time by June 1, 2021. Doc. [18]. The Court cautioned Plaintiff that failure to respond would result in a dismissal of claims against Epworth. Plaintiff still has not responded.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Epworth's unopposed Motion to Dismiss, Doc. [11], is **GRANTED**.

Dated this 14th day of June, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE